# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atkins, Edward B. | E.D.Ky | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

110 Main Street
Suite 201-B
Pikeville, Kentucky 41501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | St. Francis of Assissi Church and School, employee earnings. |
| 2. | 2014 | Marshalls of MA, employee earnings. |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A Common (Agilent Technologies, Inc.) | | None | J | T | | | | | |
| 2. AAPL common (Apple Inc.) | D | Dividend | N | T | | | | | |
| 3. ADBE common (Adobe Systems Inc) | | None | J | T | | | | | |
| 4. ADP Common (Automatic Data Processing, Inc.) | A | Dividend | K | T | | | | | |
| 5. AIG Common (American International Group, Inc.) | | None | J | T | | | | | |
| 6. AIG WS (Warrants) | | None | J | T | | | | | |
| 7. AMZN (Amazon.com Inc) | | None | K | T | Buy | 11/05/14 | K | | |
| 8. BAC common (Bank of America) | A | Dividend | J | T | | | | | |
| 9. BR (Broadridge Financial Solutions) | A | Dividend | J | T | | | | | |
| 10. C common (Citigroup, Inc.) | A | Dividend | J | T | | | | | |
| 11. CDK (CDK Global Inc.) | A | Dividend | J | T | Spinoff (from line 4) | 10/01/14 | J | | |
| 12. COP (ConocoPhillips) | | None | K | T | Buy | 11/05/14 | K | | |
| 13. DD common (E.I. du Pont de Nemours and Company) | A | Dividend | J | T | | | | | |
| 14. DBD common (Diebold, Incorporated) | A | Dividend | J | T | | | | | |
| 15. ESRX (Express Scripts Holding Company) | | None | K | T | Buy | 11/05/14 | K | | |
| 16. GE common (General Electric Company) | A | Dividend | J | T | | | | | |
| 17. GILD (Gilead Sciences Inc.) | | None | J | T | Buy | 11/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GOOG (Google) | | None | L | T | Buy | 11/05/14 | L | | |
| 19. HNZ common (H.J. Heinz) | | None | J | T | | | | | |
| 20. HSY common (The Hershey Company) | A | Dividend | J | T | | | | | |
| 21. HPQ common (Hewlett-Packard Company) | | None | J | T | | | | | |
| 22. INTC common (Intel Corporation) | A | Dividend | J | T | | | | | |
| 23. JNJ common (Johnson & Johnson) | B | Dividend | L | T | | | | | |
| 24. JPM common (JPMorgan Chase & Co.) | A | Dividend | K | T | | | | | |
| 25. KEYS (Keysight Technologies, Inc.) | | None | J | T | Spinoff (from line 1) | 11/01/14 | J | | |
| 26. KMB (Kimberly-Clark Corporation) | | None | J | T | Buy | 11/05/14 | J | | |
| 27. KRFT common (Kraft Foods Group) | A | Dividend | J | T | | | | | |
| 28. LOW common (Lowe's Companies, Inc.) | A | Dividend | K | T | | | | | |
| 29. MDT common (Medtronic Plc) | A | Dividend | K | T | | | | | |
| 30. MSFT common (Microsoft Corporation) | A | Dividend | J | T | | | | | |
| 31. MMM common (3M Company) | A | Dividend | K | T | | | | | |
| 32. MDLZ (Mondelez Intl Inc.) | A | Dividend | J | T | | | | | |
| 33. PG common (The Proctor & Gamble Company) | A | Dividend | K | T | Buy (add'l) | 11/05/14 | K | | |
| 34. PEP common (Pepsico, Inc.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PNC common (the PNC Financial Services Group) | A | Dividend | J | T | | | | | |
| 36. RTN common (Raytheon Company) | A | Dividend | K | T | | | | | |
| 37. SJM common (The J.M Smucker Company) | A | Dividend | J | T | | | | | |
| 38. TJX (The TJX Companies, Inc.) | A | Dividend | K | T | Buy | 11/05/14 | K | | |
| 39. TRMB common (Trimble Navigation Limited) | | None | J | T | | | | | |
| 40. UA (Under Armour, Inc.) | | None | K | T | Buy | 11/05/14 | K | | |
| 41. UNH common (UnitedHealth Group Incorporated) | A | Dividend | K | T | | | | | |
| 42. XOM common (Exxon Mobil Corporation) | B | Dividend | K | T | | | | | |
| 43. YUM common (Yum! Brands, Inc.) | B | Dividend | L | T | | | | | |
| 44. American Balanced Fund-529-B (not self directed) | | None | L | T | | | | | |
| 45. FDAXX cash account | A | Interest | N | T | | | | | |
| 46. (KHA) GABC (German American Bancorrp common) | A | Dividend | J | T | | | | | |
| 47. Nytis Exploration Co., (formerly Interstate Nat'l Gas Co.) | A | Royalty | J | W | | | | | |
| 48. Citizens Bank, formerly Ky Natl Bank (savings account) | A | Interest | K | T | | | | | |
| 49. (KHA)Prudential Life Insurance Policy | A | Interest | K | T | | | | | |
| 50. (KHA) FITB (Fifth Third Bancorp) | A | Dividend | J | T | | | | | |
| 51. Aero-vision technologies, Hauppauge New York common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lincoln Alliance Program mutual funds (KHA ret.acct). | B | Interest | K | T | | | | | |
| 53. Harlan county real property Interest assessed at 3,333.00 | | None | J | S | | | | | |
| 54. AGTHX (American Fund) | B | Distribution | J | T | | | | | |
| 55. CAIBX (American Fund) | B | Dividend | | | Sold | 11/05/14 | K | A | |
| 56. CWIGX (American Fund) | | None | L | T | | | | | |
| 57. ANCFX (American Fund) | B | Distribution | K | T | | | | | |
| 58. NEWFX (American Fund) | B | Distribution | K | T | Sold (part) | 11/05/14 | K | A | |
| 59. SMCWX (American Fund) | | None | K | T | | | | | |
| 60. AMCPX (American Funds AMCAP A) | C | Distribution | L | T | Buy | 11/05/14 | L | | |
| 61. Community Trust Bank Cash Acct | A | Interest | K | T | | | | | |
| 62. (Merrill Lynch) DJIA MPCD Issuer BANA | B | Int./Div. | | | Sold | 11/06/14 | J | B | |
| 63. (Merrill Lynch) DJUBS MPCD Issuer BANA | A | Int./Div. | | | Sold | 11/06/14 | J | A | |
| 64. Merrill Lynch Bank Deposit Program | A | Interest | | | Closed | 11/06/14 | M | | |
| 65. Land and Building in Scott Co, Kentucky Assess: 1,118,000 | F | Rent | P1 | S | | | | | |
| 66. U.S. Bank, Savings Acct | A | Interest | J | T | | | | | |
| 67. Kentucky Area Dev. Dist. Financing Trust | C | Int./Div. | L | T | | | | | |
| 68. Springfield Ky EDL DEv bonds | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  KEA KOC Life Ins. | A | Int./Div. | J | U | | | | | |
| 70.  PLA KOC Life Ins. | A | Int./Div. | J | U | | | | | |
| 71.  ARA KOC Life Ins | A | Interest | J | U | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Atkins, Edward B. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward B. Atkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544